IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY CAMPBELL,
    Plaintiff,

vs.                          Case No.: 3:06cv365/RV/EMT

SHERIFF R. JOHNSON,
    Defendant.
_____/

## O R D E R

This matter is before the court on Plaintiff's Second Amended Complaint (Doc. 12).  Leave to proceed in forma pauperis has been granted (Doc. 6).  Upon review of Plaintiff's allegations, it appears that service of the complaint upon Defendant is appropriate.  However, before service may be ordered, Plaintiff must submit one (1) complete copy of his Second Amended Complaint, including attachments.  Upon receipt of the copy, the court will direct the United States Marshal's Service to serve Defendant.

Accordingly, it is **ORDERED**:

1.    The clerk shall change the docket to reflect that there is one Defendant in this action, namely, Sheriff R. Johnson.

2.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall submit one (1) complete copy of his Second Amended Complaint (Doc. 12).  This case number should be written on the copy.

3.    Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of February 2007.

                                  /s/ *Elizabeth M. Timothy*
                                  **ELIZABETH M. TIMOTHY**
                                  **UNITED STATES MAGISTRATE JUDGE**