IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY CAMPBELL,
    Plaintiff,

vs.                              Case No. 3:06cv365/RV/EMT

SHERIFF RALPH JOHNSON,
    Defendant.
_____/

**O R D E R**

Defendant in this civil rights case has filed a special report and supporting documents (Doc. 29) as required by the court.  Plaintiff has filed a response in opposition to the special report (Doc. 37).  The court now concludes, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that as of the date of this order the special report should be treated as a motion for summary judgment, and Plaintiff's response should be treated as a response thereto.

Accordingly, it is **ORDERED**:

1.      On or at any time after **NOVEMBER 16, 2007** (the "submission date"), the court will consider the motion for summary judgment and may resolve the motion and this case without an evidentiary hearing.[1]

2.      On or before the submission date, Plaintiff may, but is not required to, file a further response to the motion for summary judgment.[2]  Plaintiff should be careful to ensure that the initial response, if any, and any further response comply with the provisions of Rule 56(e) of the Federal

---

[1] This submission is without oral argument.  If the court determines that oral argument on the motion is required, a date for the argument will be scheduled later.

[2] Plaintiff's previously filed opposition to the special report will be considered as Plaintiff's response to the motion for summary judgment.  <u>Plaintiff therefore shall not resubmit any materials (affidavits, documents, or arguments) previously filed.</u>

Rules of Civil Procedure.  He may not rest upon the mere allegations or denials of his pleadings, but must, by affidavits or as otherwise provided for in this Rule, set forth specific facts showing that there is a genuine issue for trial.  Plaintiff is reminded that failure to follow the requirements of Rule 56 in opposing a motion for summary judgment may result in the motion being granted and final judgment being entered in favor of the moving party without there being an evidentiary hearing or trial.

   3. On or before the submission date, Defendant may submit additional Rule 56 materials.[3]

   4. Any documents or evidence filed after the submission date will not be considered by the court barring exceptional circumstances.

   5. The clerk shall return this file to the undersigned's chambers on **November 16, 2007.**

**DONE AND ORDERED** this 17th day of October 2007.


     /s/ *Elizabeth M. Timothy*
     **ELIZABETH M. TIMOTHY**
     **UNITED STATES MAGISTRATE JUDGE**

---

[3]Defendant shall not resubmit any materials (affidavits, documents, or arguments) previously filed as part of the special report.

Case No.:  3:06cv365/RV/EMT