IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


RANDY CAMPBELL,
    Plaintiff,

vs.                                                              Case No. 3:06cv365/RV/EMT

SHERIFF RALPH JOHNSON,
    Defendant.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 3, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Defendant's motion for summary judgment (Doc. 29) is **GRANTED** as to Plaintiff's Fifth, Eighth, and Fourteenth Amendment claims against Sheriff Johnson in his official and individual capacities.

      3. Plaintiff's state law claims, to the extent he asserts any, are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert them in state court.

4.  Judgment shall be entered accordingly.

5.  This action is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of February, 2008.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**