**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RANDY CAMPBELL,**

        **Plaintiff,**

    **v.**                    **Case No. 3:06cv00365/RV/EMT**

**SHERIFF RALPH JOHNSON,**

        **Defendant.**
_____/

**ORDER**

      In accordance with the opinion of the Eleventh Circuit filed on September 30, 2009, for which mandate has issued, this matter is referred to the Magistrate Judge for further proceedings.

      DONE AND ORDERED this 30th day of October, 2009.

                            _/s/ Roger Vinson_____
                            **ROGER VINSON**
                            **Senior United States District Judge**