IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY CAMPBELL,
    Plaintiff,

vs.                      Case No.: 3:06cv365/RV/EMT

SHERIFF RALPH JOHNSON,
    Defendant.

_____/

**O R D E R**

    The court advises the parties that it has this date been contacted by attorney Charles L. Cetti, to whom the instant case has been referred for mediation. Mr. Cetti's office informed the court that the parties have not yet contacted him for the purpose of scheduling the mediation. The court was further informed that Mr. Cetti is able to reserve **January 4, 2010**, for the first mediation conference and that he has no earlier dates available for a full day of mediation.[1] The court's November 18, 2009, order (Doc. 97) is therefore modified to the following extent:

    The first mediation conference shall commence on **JANUARY 4, 2010** (but, if an earlier date becomes available on Mr. Cetti's calendar, may commence earlier). Mediation must be completed on or before **January 21, 2010.** Mr. Cetti shall file his report within seven (7) days thereafter indicating the outcome of the mediation (that is, whether the matter was settled or impasse was declared). If the matter is settled in full, notice to the court shall be immediate.

    Each of the parties shall contact Mr. Cetti's office no later than **November 27, 2009,** to confirm the January 4, 2010, mediation date. Absent a showing by a party of extraordinary

---

[1] The court assumes that one full day will be needed to mediate this case. If the parties agree that mediation can be concluded in less than one full day, however, they should so inform Mr. Cetti's office immediately.

circumstances (i.e., a bona fide emergency or equivalent event) **or** the setting of an earlier date for mediation by Mr. Cetti, the court will not permit the parties to decline the January 4, 2010, mediation date.

Accordingly, it is **ORDERED**:

1. The court's November 18, 2009, order (Doc. 97) is **MODIFIED** to the extent set forth above.

2. Each of the parties shall contact the office of attorney Charles L. Cetti no later than **November 27, 2009,** to confirm the January 4, 2010, mediation date.

4. The clerk shall provide a copy of this order to Mr. Cetti at 817 N. Palafox Street, Pensacola, FL 32501.

**DONE AND ORDERED** this 19th day of November 2009.

          *s/ Elizabeth M. Timothy*
          **ELIZABETH M. TIMOTHY**
          **UNITED STATES MAGISTRATE JUDGE**