**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RANDY CAMPBELL,

    Plaintiff,

    v.                                  Case No.: 3:06-cv-365-RV-EMT

SHERIFF RALPH JOHNSON,

    Defendant.
_____/

**ORDER**

    On February 5, 2010, I referred this matter to Magistrate Judge Miles Davis for a settlement conference. The parties did not reach a settlement. The plaintiff was proceeding in the case pro se at the time, but he has since retained counsel. The parties recently advised the court that because plaintiff is now represented, another settlement conference might be productive. I contacted the Chambers of Magistrate Judge Davis, and he has graciously agreed to hold another settlement conference at some point in late August or September.

    Accordingly, this case is referred to Magistrate Judge Davis for a follow-up settlement conference. Magistrate Judge Davis will schedule and issue a separate notice for the date of the settlement conference. For purposes of this conference, the parties shall adhere to the procedures set out in the original mediation referral order (doc. 97), or as Magistrate Judge Davis shall otherwise direct.

    DONE and ORDERED this 29th day of June, 2010.

                                      /s/ *Roger Vinson*
                                      ROGER VINSON
                                      Senior United States District Judge